IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMINE NIXON, | : | CIVIL ACTION |
| | : | NO. 14-4322 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW,** this **7th** day of **June, 2016,** for the reasons outlined in the accompanying memorandum, it is hereby **ORDERED** that:

(1) Plaintiff's Objections (ECF No. 14) are **GRANTED in part**;

(2) The Report and Recommendation (ECF No. 13) is **REJECTED in part**;

(3) Plaintiff's Request for Review (ECF No. 3) is **GRANTED**; and

(4) The matter is **REMANDED** to the ALJ for further proceedings consistent with the Court's memorandum.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**